UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jesse Kennedy,

                    Plaintiff(s),

v.                                              Case No. 2:19–cv–10613–BAF–RSW
                                                Hon. Bernard A. Friedman

City of Southfield,

                    Defendant(s),
_____

**ORDER TO SHOW CAUSE**

   IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 5/29/2019, why the above–entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2.  Failure to respond may result in dismissal of the case.


                              s/Bernard A. Friedman
                              Bernard A. Friedman
                              U.S. District Judge


**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                         By: s/J. Curry–Williams
                              Case Manager

Dated:   May 15, 2019